**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

ALICE JEAN VASKO

Debtor

Chapter 13

Case No. 17-13957-BFK

**ORDER DENYING CONFIRMATION
AND DIRECTING CLERK TO DISMISS CASE IF
CONDITIONS OF LOCAL BANKRUPTCY RULE3015-2 ARE NOT MET**

Upon proper notice and a hearing on objection(s) to the Chapter 13 Plan (Dkt. #17), and the Court, for reasons stated from the bench, extending the time in which to file an Amended/Modified Plan; it is therefore

**ORDERED** that confirmation of the debtor's Plan filed December 4, 2017 is denied with leave to amend for purposes of one more Plan, after which if confirmation is denied again it will be without leave to amend absent extraordinary circumstance; and it is further

**ORDERED** that the Clerk of Court is directed to dismiss the Chapter 13 case unless, within **twenty-one (21) days** from the hearing date of February 8, 2018, the Debtor takes one of the actions enumerated in Local Bankruptcy Rule 3015-2; and it is further

**ORDERED** that the Clerk mail a copy of this Order to the Debtors, the attorney for the Debtors, the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date: Feb 14 2018
_____

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

eod 2/14/2018

Order Denying Confirmation, page 2
Case #17-13957-BFK, Alice Jean Vasko

Prepared by:

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
300 N. Washington St., Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


Seen and Agreed:


/s/ John C. Morgan, Jr._____
John C. Morgan, Jr.
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Suite 10
Warrenton, VA 20186


/s/ Jeffery T. Martin, Jr._____
Jeffery T. Martin, Jr.
Attorney for Educational Credit Management Corp.
Henry & O'Donnell, P.C.
300 N. Washington St., Ste. 204
Alexandria, VA 22314


/s/ Johnie Rush Muncy_____
Johnie Rush Muncy
Attorney for Bank of America, N.A.
Samuel I. White, P.C.
1804 Staples Mill Road, Ste. 200
Richmond, VA 23230


/s/ Daniel M. Press_____
Daniel M. Press
Attorney for General Municipal Authority of Borough of Harveys Lake
Chung & Press, P.C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

Order Denying Confirmation, page 3
Case #17-13957-BFK, Alice Jean Vasko

**PARTIES TO RECEIVE COPIES**

Alice Jean Vasko
Chapter 13 Debtor
15378 Inlet Place
Dumfries, VA 22025


John C. Morgan, Jr.
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Suite 10
Warrenton, VA 20186


Jeffery T. Martin, Jr.
Attorney for Educational Credit Management Corp.
Henry & O'Donnell, P.C.
300 N. Washington St., Ste. 204
Alexandria, VA 22314


Johnie Rush Muncy
Attorney for Bank of America, N.A.
Samuel I. White, P.C.
1804 Staples Mill Road, Ste. 200
Richmond, VA 23230


Daniel M. Press
Attorney for General Municipal Authority of Borough of Harveys Lake
Chung & Press, P.C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101


Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314