**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| ALICE JEAN VASKO | Chapter 13 |
| Debtor | |
| HOYA FEDERAL CREDT UNION | Case No. 17-13957-BFK |
| Plaintiff | |
| v. | |
| Alice Jean Vasko and Thomas P. Gorman, Trustee, | |

**ANSWER AND REPORT OF TRUSTEE**
**TO RELIEF FROM STAY MOTION**

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1) This is Debtor's second Chapter 13. Her prior case (#16-14014-BFK) was dismissed October 17, 2017 without confirmation.

(2) The Plan of this Chapter 13 Case is not yet confirmed by the Court and the pending Plan is subject to objection.

(3) No record of Post-petition regular monthly installments to this creditor is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

(4) A periodic report of the accounts of this Chapter 13 case is attached for reference by the parties to this action and the Court; that such periodic report represents a

true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated. Trustee notes, that as the payment schedule indicates, Debtor is in arrears on her obligations under her pending proposed Plan.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   March 19, 2018     \_\_\_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 19th day of March, 2018.

\_\_\_\_/s/ Thomas P. Gorman_____
Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 03/19/2018

CASE NO: 17-13957-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-2619
VASKO, ALICE JEAN
AKA:

DATE FILED: 11/20/2017
15378 INLET PLACE
DUMFRIES, VA 22025

CONFIRMED:
LATEST 341: 01/09/2018
PERCENTAGE: 100.000

ATTORNEY: JOHN C. MORGAN, JR., ESQUIRE
NEW DAY LEGAL, PLLC
98 ALEXANDRIA PIKE, STE. 10
WARRENTON, VA 20186
Phone:540 349-3232 Fax: 540 349-1278

PLAN: 60 MONTHS
1st PAYMENT DUE: 12/2017
ON SCHEDULE:      2,454.36
ACTUAL PAYMENTS:  2,454.36
AMOUNT BEHIND:        0.00

SCHEDULE:    818.12 MONTHLY
TOTAL PAID:    2,454.36

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 02/15/18 | PC | 818.12 |
| 01/18/18 | PC | 818.12 |
| 12/19/17 | PC | 818.12 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 004 | 317099 | HOYA FEDERAL CREDIT UNION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 800.19 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 001 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 800.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 002 | 339039 | BANK OF AMERICA HIGH FILED | FIX | SEC 100.00 | | 73.86 221.58 | 4,431.73 893.00 | 4,431.73 4,431.73 | 0.00 0.00 | Not Filed |
| 003 | 345932 | GENERAL MUNICIPAL AUTHORITY | FIX | SEC 100.00 | 11/20/2017 5.2500 | 541.76 1,625.28 | 28,534.72 28,534.72 | 28,534.72 28,534.72 | 0.00 0.00 | 28,534.72 45.77 |
| 003 | 345932 | GENERAL MUNICIPAL AUTHORITY U/S PORTION OF APP | PRO | UNS 100.00 | | 0.00 0.00 | 9,062.09 0.00 | 9,062.09 9,062.09 | 0.00 0.00 | 9,062.09 0.00 |
| 005 | 347873 | HOYA FEDERAL CREDIT UNION | FIX | SEC 100.00 | | 424.06 1,272.18 | 11,025.32 4,000.00 | 11,025.32 11,025.32 | 0.00 0.00 | 11,025.32 0.00 |
| 006 | 310029 | CAPITAL ONE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 144.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 007 | 347647 | CWS/CW NEXUS | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 706.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 346085 | VERIZON BY AMERICAN INFOSOURCE L | PRO | UNS 100.00 | | 0.00 0.00 | 1,304.84 1,329.50 | 1,304.84 1,304.84 | 0.00 0.00 | 1,304.84 0.00 |
| 009 | 335579 | ECMC UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 85,749.86 0.00 | 85,749.86 85,749.86 | 0.00 0.00 | 85,749.86 0.00 |
| 010 | 347947 | WATERS EDGE TOWNHOMES ASSOCIAT UNLISTED | PRO-A | UNS 100.00 | | 0.00 0.00 | 92.28 0.00 | 92.28 92.28 | 0.00 0.00 | 92.28 0.00 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                      Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 03/19/2018

CASE NO: 17-13957-BFK
STATUS: ACTIVE

DEBTOR: XXX-XX-2619
VASKO, ALICE JEAN                                                                SCHEDULE:    818.12 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | MORGAN | JOHN C. MORGAN, JR., ESQUIRE | PRO | ATY 100.00 | | 0.00 0.00 | 5,151.00 5,151.00 | 3,000.00 3,000.00 | 0.00 0.00 | 3,000.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 166.89 | 166.89 | |
| | | | | | TOTALS: | 1,039.68 3,119.04 | 145,351.84 42,358.41 | 143,367.73 143,367.73 | 166.89 0.00 | 138,769.11 45.77 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,151.00 | 800.00 | 33,427.72 | 2,979.69 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,000.00 | 0.00 | 43,991.77 | 96,209.07 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 3,000.00 | 0.00 | 43,991.77 | 96,209.07 | 0.00 | DUE CREDITORS: | 143,246.61 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 45.77 | 0.00 | 0.00 | EXPECTED ADMIN: | 9,961.23 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 2,287.47 |
| BALANCE DUE: | 0.00 | 3,000.00 | 0.00 | 44,037.54 | 96,209.07 | 0.00 | APPROX BALANCE: | 150,920.37 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                    Case Maintenance 10.5